Return Date: Mon., Sep. 26, 2022

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: Stephanie M. Gregg-Doiban

Case No. 1-22-41621-nhl
Chapter 7

Debtor(s)
------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed application of Stephanie M. Gregg-Doiban, a hearing will be held before the Hon. **Nancy Hershey Lord**, Bankruptcy Judge, to consider the motion for an Order granting relief as follows:

Dismissing the Chapter 7 Bankruptcy petition pursuant to 11 U.S.C. 707(a) for good cause shown. Debtor is able to resolve her financial affairs with creditors without the aid of proceedings under the Bankruptcy Code and the best interests of Debtor and her Creditors are served by dismissal of this case. There is only one secured creditor, Shellpoint/NRZ which has a judgment in the amount of $727,803.75 for a mortgage on the premises at 50 Rathbun Ave. Debtor has received an offer of $1,200,000 from a qualified, pre-approved Buyer who can close immediately, full paying the creditor and resolving the issue

**Date and time of hearing:** October 6, 2022 at 3:00 pm
**Location:** U.S. Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, New York 11201-1800
**Courtroom #** _____, _____ Floor

Dated: September 7, 2022

Signature

Print name: John P. Fazzio, Esq.
Address: 305 Broadway, 7th Flr., Ste. 19
New York, NY 10007
Phone: (201) 529-8024
Email: jfazzio@fazziolaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re: Stephanie M. Gregg-Doiban

Case No. 1-22-41621-nhl
Chapter 7

Debtor(s)
------------------------------------------------------------x

## APPLICATION IN SUPPORT OF MOTION

TO THE HON. Nancy Hershey Lord, Bankruptcy Judge

I, Stephanie M. Gregg-Doiban, Debtor, make this application in support of my motion for the following relief:

Dismissal of the Chapter 7 Bankruptcy.

In support of this motion, I hereby allege as follows:

Dismissing the Chapter 7 Bankruptcy pursuant to 11 USC 707(a) for good cause shown. Debtor is able to resolve her financial affairs with creditors without the aid of proceedings under the Bankruptcy Code and the best interests of Debtor and her Creditors are served by dismissal of this case. There is only one secured creditor, Shellpoint/NRZ, which has a judgment in the amount of $727,803.75 for a mortgage on the premises at 50 Rathbun Ave. Debtor has received an offer of $1,200,000 from a qualified, pre-approved Buyer who can close immediately and has a loan for $680,000 from CitiMortgage, and has supplied proof of funds of an additional $585,000 cash on hand. This will full pay the mortgage debt. Mrs. Doiban has some student loans of approximately $16,000 and some other personal credit card debt of about an additional $6,000. All of these debts can be paid off with the proceeds of the aforementioned Purchase and Sale of her residence at 50 Rathbun Ave. Mrs. Doiban will ahve more than sufficient proceeds from the sale in order to secure a new home for herself and her two college-age children. For these reasons, Mrs. Dobian prays that the Court enter an order dismissing this case.

Wherefore, Applicant prays for an Order granting the relief requested.

Dated: September 7, 2022

Signature

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: Stephanie M. Gregg-Doiban

Case No. 1-22-41621-nhl
Chapter 7

Debtor(s)
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 7, 2022, a copy of the annexed Motion was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

FMC/OMAHA SERVICE CTR
P.O. Box 542000
Omaha, NE 68154
Henry Doiban
50 Rathbun Ave.
Staten Island, NY 10312
MACYS/DSNB
911 Duke Blvd
Mason, OH 45040
NAVIENT
P.O. Box 9655
Wilkes Barre, PA 18773
NORDSTROM/TD BANK
13531 E Cali Av Svc
Englewood, CO 80111
SHELLPOINT/NRZ
619063
Dallas, TX 75261
SHELLPOINT/NRZ
P.O. Box 619063

Dated: September 7, 2022                                  _____
                                                                                  Signature