UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Stephanie M. Gregg-Doiban<br><br>Debtor | Case No.: 1:22-41621 (nhl)<br><br>Chapter 7 |

## ADJOURNED HEARING
## AMENDED NOTICE OF MOTION
## DEBTOR'S MOTION TO DISMISS CHAPTER 7 CASE

**PLEASE TAKE NOTICE** that upon the annexed application of Stephanie M. Gregg-Doiban, a hearing will be held before the Hon. Nancy Hershey Lord, Bankruptcy Judge, to consider the motion for an Order granting relief as follows:

Dismissing the Chapter 7 Bankruptcy pursuant to 11 U.S.C. 707(a) for good cause shown, because Stephanie Gregg-Doiban is able to resolve her financial affairs with creditors without the aid of proceedings under the Bankruptcy Code and is able to do so in the best interests of my Creditors and herself, as all parties will be best served by the dismissal of this case.

**Date and time of adjourned hearing: Oct. 19, 2022 at 3:00 pm**
**Location: US Bankruptcy Court, 271-C Cadman Plaza East**
**Brooklyn, New York 11201-1800**
**Dial in Number: 888-363-4734**
**Access Code: 4702754**

Dated: October 12, 2022

FAZZIO LAW OFFICES
*Attorneys for Debtor*

By /s/ John P. Fazzio, Esq.
John P. Fazzio, Esq. (1752)
305 Broadway, 7th Flr., Ste. 19
New York, NY 10007
Ph: (201) 529-8024
E-mail: jfazzio@fazziolaw.com