UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Stephanie M. Gregg-Doiban<br><br>Debtor | Case No.: 1:22-41621 (nhl)<br><br>Chapter 7 |

## CERTIFICATION OF SERVICE

The undersigned certifies that on October 12, 2022, a copy of the annexed Motion was served by depositing same, enclosed in a properly addressed postage-paid envelope in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York upon:

Alan Nisselson
Chapter 7 Trustee
c/o Windels Marx Lane & Mittendorf LLP
156 West 56th Street
New York, NY 10019

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

United States Attorney
Civil Division
271 Cadman Plaza
Brooklyn, NY 11201

Bankruptcy Unit, Civil Recoveries Bureau
Office of the Attorney General
The Capitol, Albany, NY 12224-0341

FMC/OMAHA SERVICE CTR
P.O. Box 542000
Omaha, NE 68154

Henry Doiban

50 Rathbun Ave.
Staten Island, NY 10312

MACY/DSNB
91 1 Duke Blvd.
Mason, OH 43040

NAVIENT
P.O. Box 9655
Wilkes Barre, PA 18773

NORDSTROM/TD BANK
13531 E. Cali Av. Svc
Englewood, CO 80111

SHELLPOINT/NRZ
P.O. Box 619063
Dallas, TX 75261

Dated: October 12, 2022

**FAZZIO LAW OFFICES**
*Attorneys for Debtor*

By /s/*John P. Fazzio, Esq.*
John P. Fazzio, Esq. (1752)
305 Broadway, 7th Flr., Ste. 19
New York, NY 10007
Ph: (201) 529-8024
E-mail: jfazzio@fazziolaw.com