UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>Stephanie M. Gregg-Doiban<br><br>Debtor | Case No.: 1:22-41621 (nhl)<br><br>Chapter 7 |

## ORDER DISMISSING THE DEBTORS' CHAPTER 7 CASE

Pursuant to the *Debtors' Motion for Entry of an Order Dismissing the Chapter 7 Case*, and for good cause shown, on this ___ day of October, 2022, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Debtors' Chapter 7 Case is DISMISSED.

3. All objections to the Motion or the relief requested herein that have not been withdrawn, waived, or settled, and all reservations of rights included herein, are overruled on the merits and denied with prejudice.

**Dated:** _____
**Brooklyn, NY**

_____
**NANCY HERSHEY LORD**
**UNITED STATES BANKRUPTCY JUDGE**